IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NICHOLAS RESSETAR, et al.,

      Plaintiffs,

v.

EQUIFAX, INC., et al.,

      Defendants.

3:17-CV-1670
(JUDGE MARIANI)

FILED
SCRANTON
NOV 17 2017
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 17th DAY OF NOVEMBER, 2017, upon consideration of Defendants' Unopposed Motion to Stay or, in the Alternative, for an Extension of Time to Respond to the Complaint (Doc. 6), **IT IS HEREBY ORDERED THAT** Defendants' Motion is **GRANTED** as follows:

1. The above-captioned case is **STAYED** pending the resolution of the Motions for Consolidation and Transfer under 28 U.S.C. § 1407 by the Judicial Panel on Multidistrict Litigation filed in *In re Equifax, Inc., Customer Data Security Breach Litigation*, MDL No. 2800 (J.P.M.L. Sept. 11, 2017).

2. The parties shall submit a joint status report **on or before January 2, 2018** informing the Court as to status of the pending Motions for Consolidation and Transfer and shall continue to submit status reports every **30 days** thereafter until the Motions have been resolved.

_____
Robert D. Mariani
United States District Judge